**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | CR-13-1499-PHX-NVW (BSB) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Arthur Fried, ) | |
| Defendant. ) | |

Defendant having filed a Motion to Waive Appearance Pursuant to FRCrP 10 regarding Defendant's December 11, 2013 arraignment and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Waive Appearance Pursuant to FRCrP 10, doc. 14, is **GRANTED** *nunc pro tunc* to December 11, 2013.

Dated this 12th day of December, 2013.

Lawrence O. Anderson
United States Magistrate Judge